United States District Court

Eastern District of California

Benjamin D. Territo,

     Plaintiff,                    No. Civ. S-04-1460 MCE PAN P

  vs.                          Order

Richard W. Sandham, et al.,

     Defendants.

-oOo-

December 8, 2005, plaintiff filed a request for a preliminary injunction without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135.  Plaintiff shall file a proof of service within ten days.  Otherwise the court will take no action on the request.

So ordered.

Dated:  December 20, 2005.

                                 /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge