IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN D. TERRITO,

    Plaintiff,                      No. CIV S-04-1460 MCE PAN P

    vs.

RICHARD W. SANDHAM, M.D., et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 5, 2006, defendants filed a request for extension of the dispositive motion deadline in light of plaintiff's pending transfer. Good cause appearing, the January 27, 2006 dispositive motion deadline will be extended to March 13, 2006. All other dates set in the August 4, 2005 scheduling order are confirmed.

        Accordingly, IT IS HEREBY ORDERED that defendants' January 5, 2006 request for extension of time to file dispositive motions is granted. The dispositive motion deadline is extended to March 13, 2006.

DATED: February 23, 2006.

                              UNITED STATES MAGISTRATE JUDGE

001; terr1460.tro