IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN D. TERRITO,                    No. 2:04-cv-1460-MCE-PAN-P

       Plaintiff,

  v.                                    <u>ORDER</u>

RICHARD W. SANDHAM, M.D.,
et al.,

       Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 24, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within fourteen (14) days.

1

1 | Neither party has filed Objections to the Findings and
2 | Recommendations.
3 |     The Court has reviewed the file and finds the Findings and
4 | Recommendations to be supported by the record and by the
5 | magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 | that:
7 |     1.  The Findings and Recommendations filed February 24,
8 | 2006, are adopted in full; and
9 |     2.  Plaintiff's December 8, 2005, and January 3, 2006,
10 | Motions for Preliminary Injunction are denied.
11 | DATED: April 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2