IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN D. TERRITO,

    Plaintiff,                              No. CIV S-04-1460 MCE PAN P

    vs.

RICHARD W. SANDHAM, M.D., et al.,

    Defendants.                          ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. Defendants request the court to vacate the pretrial schedule dates. Pursuant to the August 4, 2005, schedule, plaintiff had until April 28, 2006, to file and serve a pretrial statement, defendants had until May 12, 2006, to file and serve a pretrial statement, pretrial conference is set for May 19, 2006, and trial is set for August 9, 2006, before the Honorable Morrison C. England, Jr..

        Defendants' motion for summary judgment is pending.

/////

/////

/////

1  Accordingly, IT HEREBY IS ORDERED that defendants' May 15, 2006, request
2 to vacate the above dates is granted.  Said dates will be reset, if appropriate, following resolution
3 of the motion for summary judgment.
4 DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004\terr1460.ord to vac sched