IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. TERRITO, | No. 2:04-cv-1460-MCE-EFB-P |
| Plaintiff, | |
| v. | ORDER |
| RICHARD W. SANDHAM, M.D., et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 1, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 1, 2007, are adopted in full;

2. Defendants' March 13, 2006, motion for summary judgment is denied;

3. Plaintiff is granted thirty days to file a pretrial statement; and

4. Defendants are directed to file a pretrial statement fifteen days thereafter.

Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE