IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN D. TERRITO,

    Plaintiff,                    No. CIV S-04-1460 MCE EFB P

    vs.

RICHARD W. SANDHAM, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On March 8, 2007, the court denied defendants' motion for summary judgment and gave plaintiff 30 days to file a pretrial statement. Having reviewed this matter in detail, the court finds that this case factually and legally is exceptionally complex and that, given the reasonable possibility that plaintiff may prevail at trial, the court should request counsel to represent plaintiff through pretrial proceedings and for trial. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

        Accordingly, it is ORDERED that:

        1. The court requests W. Andrew Stroud, Mennemeier, Glassman & Stroud, 980 9th Street, Suite 1700, Sacramento, CA 95814, to undertake the representation of plaintiff through

1

1  pretrial proceedings and through trial;

2  　　2. Mr. Stroud shall, within 30 days of the date of this order, notify the court of his
3  availability; and,

4  　　3. Plaintiff and defendants temporarily are relieved of their obligations to file pretrial
5  statements.

6  Dated:  April 16, 2007.

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE