1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BENJAMIN D. TERRITO,

11              Plaintiff,                    No. CIV S-04-1460 MCE EFB P

12        vs.

13    RICHARD W. SANDHAM, et al.,

14              Defendants.                   ORDER

15    _____/

16        Plaintiff is a prisoner without counsel seeking relief for civil rights violations.  *See* 42

17    U.S.C. § 1983.  On April 16, 2007, the court found that this case factually and legally is

18    exceptionally complex and that, given the reasonable possibility that plaintiff may prevail at

19    trial, the court should request counsel to represent plaintiff through pretrial proceedings and for

20    trial. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

21    *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court therefore requested that W.

22    Andrew Stroud undertake representation of plaintiff.  On April 24, 2007, Mr. Stroud informed

23    the court that, due to an existing conflict of interest, he would be unable to accept representation

24    of plaintiff.

25    ////

26    ////

1      Accordingly, it is ORDERED that:

2      1.  The April 16, 2007, order requesting Mr. Stroud accept representation of plaintiff is

3 withdrawn;

4      2.  The court requests Mr. George L. O'Connell, Stevens & O'Connell, LLP, 400 Capitol

5 Mall, Suite 1400, Sacramento, CA 95814 (glo@stevensandoconnell.com) to undertake the

6 representation of plaintiff through pretrial proceedings and through trial;

7      3.  Mr. O'Connell shall, within 30 days of the date of this order, notify the court of his

8 availability; and,

9      4.  The portion of the court's April 16, 2007, order temporarily relieving the parties of

10 their obligations to file pretrial statements remains in effect.

11 Dated:  April 27, 2007.

12

13 EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26