STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL (SBN 74037)
STEVEN S. KIMBALL (SBN 154925)
KIMBERLY SAYERS-FAY (SBN 207970)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9001

Attorneys for Plaintiff Benjamin D. Territo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. TERRITO,<br><br>            Plaintiff,<br><br>     v.<br><br>RICHARD W. SANDHAM, et al.,<br><br>            Defendants. | CASE NO. CIV. S-04-1460 MCE EFB P<br><br>ORDER ON REQUEST FOR AUTHORITY TO INCUR COSTS (Expert Witness - Endocrinologist) (General Order No. 230) |

On May 30, 2007, appointed counsel filed an ex parte request for authority to incur costs. Accordingly, the Court approves the above request up to $5,000.

IT IS SO ORDERED.

Dated:  June 4, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE