1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAIMIN D. TERRITO,

11          Plaintiff,                    No. CIV S-04-1460 MCE EFB P

12       vs.

13   RICHARD W. SANDHAM, et al.,

14          Defendants.                   ORDER

15 _____/

16       Plaintiff is a prisoner with counsel seeking relief for civil rights violations. *See* 42 U.S.C.

17   § 1983. On September 21, 2007, the court issued a scheduling order setting this matter for

18   pretrial conference on November 7, 2007. On October 22, 2007, the parties filed a joint request

19   to modify that schedule. They seek to continue the pretrial conference for 45 days because

20   plaintiff's counsel has had difficulty contacting plaintiff.

21       Ordinarily, the court will modify a schedule made pursuant to Rule 16 of the Federal

22   Rules of Civil Procedure only if the party seeking modification shows good cause therfor. Fed.

23   R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the

24   deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604,

25   609 (9th Cir. 1992). Plaintiff's counsel has submitted a declaration stating that petitioner was

26   paroled in March of 2007. While counsel spoke with plaintiff two or three times in June of

1

1   2007, counsel encountered some difficulty contacting plaintiff, and suggests that this may have

2   been in part because plaintiff's parole was revoked for failure to report to his parole officer.

3   Counsel has re-established contact with plaintiff, obtained releases so he can request plaintiff's

4   prison medical records, and requested these records from the California Department of

5   Corrections and Rehabilitations.  It appears that plaintiff himself made it impossible for counsel

6   to comply with the date set in the schedule, but it is not clear.  Thus, in light of the fact that all

7   parties make the request and in the interest of justice, the court grants the modification.

8   However, plaintiff is warned that he *must* remain in contact with counsel if he wishes to pursue

9   this action.  Plaintiff is not immune from sanctions, including the sanction of dismissal, if he

10  disobeys this court's orders or fails diligently to prosecute this action.  *See* Fed. R. Civ. P. 41(b);

11  Local Rule 11-110.

12          Accordingly, it is ORDERED that:

13          1. The October 22, 2007, stipulated request to modify the September 1, 2007, scheduling

14  order is granted.

15          2.  The November 7, 2007, pretrial conference date is vacated.

16          3.  The parties, through counsel, shall appear for a pretrial conference at 10:00 a.m. on

17  January 2, 2008, before the undersigned in Courtroom No. 25.

18          4.  No later than 14 days before the hearing, plaintiff shall file a pretrial statement

19  addressing all matters set out in Local Rule 16-281; no later than 7 days before the hearing,

20  defendants shall file a pretrial statement addressing all matters set out in Local Rule 16-281.

21          5.  Counsel shall be prepared to discuss all matters contained in the pretrial statements

22  and shall bring their calendars so as to address their availability for trial.

23          6.  Counsel for plaintiff shall serve a copy of this order on his client and file proof of

24  service of same within ten (10) days

25  Dated:  October 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

26