EDMUND G. BROWN JR.
Attorney General of the State of California
THOMAS D. MCCRACKIN
Supervising Deputy Attorney General
JOHN M. FESER, JR., State Bar No. 209736
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5118
 Fax:  (916) 322-8288
 Email:  John.Feser@doj.ca.gov

Attorneys for Defendants Steven Michael Roche and Richard Sandham, M. D..

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENJAMIN D. TERRITO,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD W. SANDHAM, M.D., et al.,**<br><br>Defendants. | CIV S 04-1460 MCE EFB<br><br>---[PROPOSED] ORDER RE: MOTION TO EXTEND DEADLINE FOR DEFENDANTS' PRETRIAL STATEMENT AND TO CONTINUE THE PRETRIAL CONFERENCE |

Defendants' request for a one week extension of time to file a pretrial statement and a one week continuance of the pretrial conference was duly filed with the Court pursuant to Federal Rules of Civil Procedure, Rule 16, subd. (b) and Local Rule 78-230.  After reviewing the request and the evidence offered in support thereof and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request is GRANTED;

2. Defendants shall file a pretrial statement addressing all matters set out in Local Rule 16-281 on or before January 2, 2007.

3. The parties, through counsel, shall appear for a pretrial conference at 10:00 a.m. on January 9, 2008, before the undersigned in Courtroom No. 25.

1    IT IS SO ORDERED.

2   Dated:  December 27, 2007

3   _____
     HONORABLE MAGISTRATE JUDGE

6   \04cv1460.contptc.1227.wpd