1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  ALBERTO L. GONZÁLEZ
   Supervising Deputy Attorney General
3  JOHN M. FESER, JR., State Bar No. 209736
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5118
6   Fax: (916) 322-8288
    Email: John.Feser@doj.ca.gov
7
   Attorneys for Defendants Steven Michael Roche and
8  Richard Sandham, M. D.

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

| BENJAMIN D. TERRITO, | CIV S 04-1460 MCE EFB |
|---|---|
| Plaintiff, | **ORDER TO MODIFY THE PRETRIAL ORDER TO AMEND THE NAME OF DEFENDANTS' EXPERT WITNESS** |
| v. | |
| RICHARD W. SANDHAM, M.D., et al., | |
| Defendants. | |

19

20      Defendants' Request to Modify the Pretrial Order to Amend the Name of Defendants'

21 Expert Witness was duly filed with the Court pursuant to pursuant to Federal Rule of Civil

22 Procedure, Rules 16 and 26.  After reviewing the request and the evidence offered in support

23 thereof and good cause appearing, IT IS HEREBY ORDERED that:

24      1.   Defendants' request is GRANTED;

25      2.   Defendants withdraw Thomas Aoki, M.D. as an expert witness;

26 ////

27 ////

28 ////

ORDER TO MODIFY THE PRETRIAL ORDER TO AMEND THE NAME OF DEFENDANTS' EXPERT WITNESS
1

1    3.   Defendants add Paul Norwood, M.D. as an expert witness.

2    SO ORDERED.

3    Dated: March 26, 2008.

4    _____
     EDMUND F. BRENNAN
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO MODIFY THE PRETRIAL ORDER TO AMEND THE NAME OF DEFENDANTS' EXPERT WITNESS
2